**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

VINCENT GOULD, d/b/a We the People )
Forms and Service Center of Nashville, )
d/b/a We the People Forms and Service Centers )
USA, Inc, and WE THE PEOPLE FORMS AND )
SERVICE CENTERS USA, INC., )        Civil No. 3:04-0971
                                    )        Judge Trauger
        Appellants, )
                                    )
v. )
                                    )
RICHARD F. CLIPPARD, *et al.*, )
                                    )
        Appellees. )

## O R D E R

For the reasons expressed in the accompanying Memorandum, the Order of the

Bankruptcy Court that is the subject of this appeal is **AFFIRMED** in all respects, and this appeal

is **DISMISSED**.

It is so **ORDERED.**

Enter this 28th day of March 2006.

_____
        ALETA A. TRAUGER
        U.S. District Judge